UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

EDWAN SHANDO THURMOND,

Appellant,

v.

TROY S. Fox, *et al.*,

Appellees.

Case No.: 2:26-cv-02423-MMD

ORDER

The Court grants Appellant's Motion for Permission to File Electronically (ECF No. 5), giving Appellant permission to file documents electronically only as to this appeal. In order for Appellant to file documents electronically, he is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Appellant must also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website.

DATED THIS 19th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE